# Court of Appeals
# of the State of Georgia

ATLANTA,  November 30, 2015

*The Court of Appeals hereby passes the following order:*

## A16A0308. EVERETT v. WEAVER et al.

The Court having received from the appellant no opposition to the MOTION TO DISMISS APPEAL ON BEHALF OF APPELLEES, and the appellant having failed to file an enumeration of errors and brief, the motion to dismiss is hereby GRANTED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  11/30/2015
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*